UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEREMIAH DAVID THOMASSON,

   Plaintiff,

v.             CASE NO. 6:14-cv-2060-Orl-40DAB

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Defendants.

_____/

## ORDER

This cause is before the Court on initial review of the complaint filed by Plaintiff (Doc. No. 1).  Plaintiff is incarcerated at the Florida State Prison and proceeding *pro se*, and he filed what purports to be a complaint against the Florida State Prison; however, he failed to either pay the required $350 filing fee or submit a motion for leave to proceed *in forma pauperis*.  Additionally, it appears that Plaintiff seeks relief under 42 U.S.C. section 1983, but the complaint is not written on the form required for use by *pro se* litigants.

As currently written, the complaint, which is written as a letter, fails to contain much of the information required in a civil rights complaint.  For example, the allegations are vague and conclusory, the defendants in this case are not properly identified, and the historical information concerning Plaintiff's prior federal cases has not been provided.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint

form, and he must submit a copy of the form for each Defendant for service of process. If Plaintiff desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Plaintiff both the form for a civil rights complaint and the form for a motion for leave to proceed *in forma pauperis*. Plaintiff should not place this case number on the form, as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**.  The Clerk of the Court is directed to close this case and to enter judgment dismissing this case without prejudice.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
OrlP-2 12/22
Jeremiah David Thomasson

2